AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| | |
|---|---|
| United States of America ) | 2008 MAY 29 AM 10: 17 |
| v. ) | |
| Yolanda Williams ) | Case No: CR605-00027-001 |
| ) | USM No: 12631-021 |
| Date of Previous Judgment: July 18, 2006 ) | Charles H. Andrews, Jr. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  [ ] DENIED.  [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __60__ months **is reduced to** __54 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 25          Amended Offense Level: 23
Criminal History Category: I         Criminal History Category: I
Previous Guideline Range: 57 to 71 months   Amended Guideline Range: 46 to 57 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated __July 18, 2006,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: May 29, 2008

                                                    _Judge's signature_

                                                    B. Avant Edenfield
                                                    United States District Judge
Effective Date: _____                For the Southern District of Georgia
        (if different from order date)              Printed name and title